# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MICHAEL STEIN, | ) |
| Plaintiff, | ) Case No. 13-cv-5575 |
| vs. | ) Honorable Judge James B. Zagel |
| | ) Magistrate Judge Geraldine Soat Brown |
| RENT THE RUNWAY, INC., | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Stein, and Defendant Rent the Runway, Inc. jointly stipulate to the dismissal of all claims against Rent The Runway, Inc., with prejudice, each party to bear his/its own costs.

Dated: April 4, 2014.

**SO STIPULATED.**

| **GORDON & REES LLP** | **MURPHY & HOURIHANE, L.L.C.** |
|---|---|
| By: /s/ Paul Gamboa_____ | By: /s/ John H. Scheid_____ |
| Paul Gamboa, #6282923 | John H. Scheid, Jr. |
| One North Franklin, Suite 800 | 161 N. Clark, 5th Floor |
| Chicago, IL 60606 | Chicago, IL 60601 |
| Tel: (312) 565-1400 | Tel: (312) 202-3205 |
| Fax: (312) 565-6511 | Email: jscheid@mhlitigation.com |
| Email: pgamboa@gordnrees.com | *Attorney for Plaintiff* |
| *Attorney for Defendant* | |